**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

PATRICIA L. ARMSTRONG, )
)
        Plaintiff, )
)
vs. ) CIV-12-195-FHS-KEW
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration,[1] )
)
        Defendant. )

## ORDER

On August 15, 2013, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. No objections were filed to the Findings and Recommendations.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **AFFIRMED**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

**IT IS SO ORDERED** this 23rd day of September, 2013

Frank H. Seay
United States District Judge
Eastern District of Oklahoma